# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2021
```

March 8, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

           Re:    Girotto v. Naadam Inc.
                  Case 1:21-cv-00226-AT

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for March 16, 2021, at 10:20 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 11 & D.E. 12]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                            Sincerely,

                        By: /S/   B. Bradley Weitz
                            B. Bradley Weitz, Esq. (BW9365)
                            THE WEITZ LAW FIRM, P.A.
                            Attorney for Plaintiff
                            Bank of America Building
                            18305 Biscayne Blvd., Suite 214
                            Aventura, Florida 33160
                            Telephone: (305) 949-7777
                            Facsimile:  (305) 704-3877
                            Email: bbw@weitzfirm.com

GRANTED.  The initial pretrial conference scheduled for March 16, 2021, is ADJOURNED to **April 21, 2021**, at **10:20 a.m.**  By **April 14, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 9, 2021
      New York, New York

                                                ANALISA TORRES
                                           United States District Judge